1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    MIKHIEL LEINWEBER,                          CASE NO. 1:09-cv-00793-SKO PC

10                          Plaintiff,           ORDER DENYING MOTION

11        v.                                     (Doc. 12)

12    TILTON, et al.,

13                          Defendants.

14   _____/

15        Plaintiff Mikhiel Leinweber ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 30, 2010, Plaintiff filed

17   a motion "to compel the U.S. Magistrate to Complete the Screening Process of the 2nd Amended

18   Complaint."  (Doc. #12.)  Plaintiff's amended complaint was screened on September 8, 2010.

19   Therefore, Plaintiff's motion will be denied as moot.

20        Accordingly, it is HEREBY ORDERED that Plaintiff's March 30, 2010 motion is DENIED.

21

22   IT IS SO ORDERED.

23   **Dated:    September 15, 2010**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1